IN THE SUPREME COURT OF THE STATE OF DELAWARE

JOHN D. BRAMBLE, §
§
    Defendant Below, § No. 502, 2014
    Appellant, §
§
v. § Court Below—Superior Court
§ of the State of Delaware,
STATE OF DELAWARE, § in and for Sussex County
§ Cr. ID No. 1209017726
§
    Plaintiff Below, §
    Appellee. §

Submitted: September 23, 2014
Decided: September 30, 2014

## ORDER

This 30th day of September 2014, it appears to the Court that, on September 11, 2014, the Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file a notice of appeal within thirty days of the June 28, 2013 sentencing order. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice